| | | | |
|---|---|---|---|
| Com. v. Artache [3] ... | 12/23/2015 | 420 EAL (2015) | Denied | Pa.Super., 122 A.3d 1141 |
| Com. v. Baer [4] ...... | 12/29/2015 | 373 WAL (2015) | Denied | Pa.Super., 133 A.3d 69 |
| Com. v. Baranyay [5] | 12/29/2015 | 828 MAL (2015) | Denied | Pa.Super., 134 A.3d 92 |
| Com. v. Batson [6] .... | 12/31/2015 | 458 EAL (2015) | Denied | Pa.Super., 122 A.3d 1140 |
| Com. v. Bradley .... | 12/21/2015 | 457 EAL (2015) | Denied | Pa.Super., 122 A.3d 434 |
| Com. v. Brinkley [7] .. | 12/29/2015 | 464 EAL (2015) | Denied | Pa.Super., 125 A.3d 444 |
| Com. v. Chapman .. | 12/08/2015 | 272 EAL (2015) | Denied | Pa.Super., 121 A.3d 1131 |
| Com. v. Diego [8] ..... | 12/23/2015 | 565 MAL (2015) | Denied | Pa.Super., 119 A.3d 370 |
| Com. v. Dixon-Tildon [9] ........... | 12/31/2015 | 443 EAL (2015) | Denied | Pa.Super., 122 A.3d 1132 |
| Com. v. Dorsey ..... | 12/08/2015 | 155 WAL (2015) | Denied | Pa.Super., 120 A.3d 1065 |
| Com. v. Dunphy .... | 12/08/2015 | 361 EAL (2015) | Denied | Pa.Super., 120 A.3d 1046 |
| Com. v. Ellison [10] ... | 12/31/2015 | 482 EAL (2015) | Denied | Pa.Super., 125 A.3d 461 |

3. Justice EAKIN did not participate in the decision of this matter.

4. Justice EAKIN did not participate in the decision of this matter.

5. Justice EAKIN did not participate in the decision of this matter.

6. Justice EAKIN did not participate in the decision of this matter.

7. Justice EAKIN did not participate in the decision of this matter.

8. Justice EAKIN did not participate in the decision of this matter.

9. Justice EAKIN did not participate in the decision of this matter.

10. Justice EAKIN did not participate in the decision of this matter.